IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARVEY EUGENE LARSON,

    Plaintiff,                       1: 08 CV 00871 LJO YNO GSA (PC)

vs.                                   ORDER RE: FINDINGS & RECOMMENDATIONS (#19)

WARDEN GONZALES, et al.,

    Defendants.

        Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On May 8, 2009, findings and recommendations were entered, recommending that Plaintiff's application to proceed in forma pauperis be denied pursuant to 28 U.S.C. § 1915(g) and Plaintiff be directed to pay the filing fee. On June 11, 2009, Plaintiff filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on May 8, 2009, are adopted in full; and

2. Plaintiff's application to proceed in forma pauperis is denied pursuant to 28 U.S.C. § 1915(g).

3. Plaintiff is directed to submite the $350 filing fee, in full, within thirty days. Plaintiff's failure to do so will result in dismissal of the action pursuant to Local Rule 11-110.

IT IS SO ORDERED.

Dated:   June 17, 2009                                          /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE